IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TELEFONAKTIEBOLAGET LM ERICSSON<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO BEIJING, LTD., LENOVO GROUP, LTD., MOTOROLA (WUHAN) MOBILITY TECHNOLOGIES COMMUNICATION CO., LTD., AND MOTOROLA MOBILITY, LLC,<br><br>Defendants. | C.A. No. 5:23-cv-00569 |
| LENOVO (UNITED STATES), INC., AND MOTOROLA MOBILITY LLC,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON AB, AND ERICSSON INC.<br><br>Counterclaim -Defendants. | |

**EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND DEFENDANTS' MOTION FOR AN ANTISUIT INJUNCTION RELATED TO ERICSSON'S FOREIGN INJUNCTIONS AGAINST LENOVO PRODUCT SALES**

Defendants and Counterclaim-Plaintiffs Lenovo (United States), Inc. and Motorola Mobility LLC (collectively, "Lenovo") by and through their undersigned attorneys, hereby move for a temporary restraining order and an antisuit injunction enjoining Plaintiff Telefonaktiebolaget LM Ericsson ("Ericsson") from enforcing any injunction orders issued in foreign jurisdictions (or

seeking more of the same) against sales of Lenovo products, including at least Brazil and Colombia, on patents declared by Ericsson as standard essential patents (SEPs) that are the subject of the contract claims raised by both sides in this action.  Ericsson's pursuit of these injunctions threatens to obstruct the resolution of this case and impinge upon this Court's jurisdiction to decide the parties' claims, and irreparably harm Lenovo.  For the reasons set forth in Lenovo's accompanying memorandum filed contemporaneously herewith, Lenovo respectfully requests that the Court grant this TRO and set a preliminary injunction hearing within 14 days of the Court's order.  Ericsson, the party that filed this case, received notice of this TRO application through the Court's ECF system.

Dated: December 29, 2023					Respectfully submitted,

					*/s/ Raymond M. Bennett*
					Raymond M. Bennett
					N.C. State Bar No. 36341
					**WOMBLE BOND DICKINSON (US) LLP**
					555 Fayetteville Street, Suite 1100
					Raleigh, NC 27601
					Telephone: (919) 755-2100
					Facsimile: (919) 755-2150
					Email: ray.bennett@wbd-us.com

					Jacob S. Wharton
					N.C. State Bar No. 37421
					**WOMBLE BOND DICKINSON (US) LLP**
					One West 4th St.
					Winston-Salem, North Carolina 27601
					Telephone: 919-747-6609
					Email: Jacob.Wharton@wbd-us.com

					Greg S. Arovas, P.C.
					Leslie M. Schmidt, P.C.
					**KIRKLAND & ELLIS LLP**
					601 Lexington Avenue
					New York, NY 10022
					Telephone: (212) 446-4800
					Facsimile: (212) 446-4900
					Email greg.arovas@kirkland.com
					Email: leslie.schmidt@kirkland.com
					*Special Appearance Pursuant to L.R. 83.1*

					Edward C. Donovan, P.C.
					F. Christopher Mizzo, P.C.
					**KIRKLAND & ELLIS LLP**
					1301 Pennsylvania Avenue, N.W.
					Washington, D.C. 20004
					Telephone: (202) 389-5000
					Facsimile: (202) 389-5200
					Email: edonovan@kirkland.com
					Email: chris.mizzo@kirkland.com
					*Special Appearance Pursuant to L.R. 83.1*
					*Forthcoming*

					*Counsel for Lenovo (United States), Inc. and Motorola Mobility LLC*