# Exhibit 11



Christina Petersson
Chief Intellectual Property Officer
christina.petersson@ericsson.com

**Telefonaktiebolaget LM Ericsson**
Torshamnsgatan 21
Kista, Stockholm 164 83 Sweden

December 27, 2023

John Mulgrew (jmulgrew@lenovo.com)
VP, Deputy General Counsel & Chief Intellectual Property Officer
8001 Development Drive, Morrisville, NC 27560

Dear John,

After years of negotiations, Ericsson proposed arbitration in October 2023 and gave Lenovo 30 days to accept that offer. During those 30 days, there was no immediate patent enforcement actions against Lenovo's infringing products. Unfortunately, Lenovo did not engage with Ericsson's arbitration offer. Faced with Lenovo's rejection of Ericsson's arbitration proposal and continued use of Ericsson's patent portfolio, Ericsson defended its patent rights in compliance with the laws and procedures of the countries that issued Ericsson's patents.

As for Lenovo's December 10 proposal, Lenovo appears to agree that Ericsson's non-standard essential, implementation patents are not subject to Ericsson's FRAND commitment. That means Lenovo cannot condition its willingness to take a FRAND-compliant license to Ericsson's standard essential patents on receiving rights to Ericsson's implementation patents. Yet Lenovo continues to include Ericsson's implementation patents in its most recent arbitration proposal. Because this is still a fundamental issue with Lenovo's proposal, I do not believe it would be productive to point out additional flaws with Lenovo's arbitration offer, and Ericsson declines Lenovo's proposal.

Best regards,

*[signature]*

Christina Petersson