IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00569-BO

|  |  |  |
|---|---|---|
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LENOVO (UNITED STATES), INC.; LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD.; LENOVO BEIJING LTD.; LENOVO GROUP, LTD.; MOTOROLA (WUHAN) MOBILITY TECHNOLOGIES COMMUNICATION CO., LTD.; and MOTOROLA MOBILITY, LLC, | ) ) ) ) ) ) ) ) ) | **O R D E R** |
| Defendants. | ) ) ) | |
| LENOVO (UNITED STATES), INC., and MOTOROLA MOBILITY, LLC, | ) ) ) ) | |
| Counterclaim – Plaintiffs, | ) ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON AB, and ERICSSON INC., | ) ) ) ) | |
| Counterclaim – Defendants. | ) ) | |

This matter is currently before the Court on the parties' joint motion for the voluntary

dismissal of all claims and counterclaims [DE 97] pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii).

Plaintiffs (collectively "Ericsson") and Defendants (collectively "Lenovo") have been embroiled in a wide-ranging, globe-spanning, years-long dispute over certain essential patents in cellular telecommunications equipment. *See Telefonaktiebolaget LM Ericsson v. Lenovo (United States), Inc.*, 120 F.4th 864 (Fed. Cir. 2024). Now, the parties come before the Court moving to dismiss the case on the basis of a settlement agreement, with each side to bear its own attorneys' fees, expenses, and costs.

Having considered the motion, the Court finds that the motion [DE 97] should be, and hereby is, GRANTED. All claims and counterclaims are DISMISSED WITH PREJUDICE. All other requests for relief are DENIED AS MOOT. The clerk is DIRECTED to close the case.

SO ORDERED, this **27** day of April 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2